## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CHRISTOPHER W. WEBB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| (2) OKLAHOMA DEPARTMENT OF | ) | |
| HUMAN SERVICES, | ) | |
| | ) | Case No. CIV-11-134-JHP |
| (3) CHOCTAW NATION TRIBAL | ) | |
| COMPLEX, | ) | |
| | ) | |
| (4) STATE OF OKLAHOMA | ) | |
| PROBATION AND PAROLE OFFICE, | ) | |
| | ) | |
| (5) DISTRICT ATTORNEY'S OFFICE | ) | |
| OF BRYAN COUNTY, | ) | |
| | ) | |
| (6) JUDGE ROCKY POWERS, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

This matter came before the Court on the Defendants' Motions to Dismiss. The Court duly considered the issues and rendered a decision thereon.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that judgment is hereby entered for Defendants and against the Plaintiff.

It is so ordered on this  3rd  day of January, 2012.

James H. Payne
United States District Judge
Eastern District of Oklahoma